# NO. 12-10-00199-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

§

*IN RE: PRABHAKAR R. GUNIGANTI, M.D., RELATOR*    §    *ORIGINAL PROCEEDING*

§

*MEMORANDUM OPINION*
*PER CURIAM*

On August 17, 2010, this Court issued an opinion and order directing the respondent trial court to vacate its June 17, 2010, order denying the relator's motion to quash and requiring him to produce full and complete copies of his individual income tax returns, including all schedules, forms, worksheets, or other attachments for each tax return from 1999 to the present. On August 18, 2010, we received an order signed by the respondent that complied with this Court's opinion and order.

All issues attendant to this original proceeding having been disposed of, this proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed.***

Opinion delivered August 25, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)